Samuel Kadet
samuel.kadet@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Attorneys for FFD Development Company, L.L.C.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
DOUGLAS KINSEY,

                Plaintiff,

      v.

CENDANT CORPORATION, FAIRFIELD
RESORTS INC., and FFD DEVELOPMENT
COMPANY, L.L.C.,

                Defendants.
------------------------------------x

**Document Electronically Filed**

Case No. 1:04-cv-00582-RWS

(ECF CASE)

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE EVIDENCE**
**REGARDING MR. KELLER AND HIS STOCK OPTIONS, AND**
**KINSEY'S PURPORTED "DAMAGES" EVIDENCE**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Samuel Kadet in Support of Defendant FFD Development Company, L.L.C.'s ("FFD") Motion In Limine, dated October 20, 2008, and the exhibits thereto, and upon all prior pleadings and proceedings herein, defendant FFD, by its undersigned counsel, will move in the United States District for the Southern District of New York, before the Honorable Robert W. Sweet, U.S.D.J., at the United States Courthouse, 500 Pearl Street, Courtroom 18C, New York, New York 10007-1581, on November 12, 2008 at 12:00 p.m., or on such other date set by

the Court, for an Order, pursuant to Fed. R. Evid. 402 and 403, precluding plaintiff Douglas Kinsey, at the trial of this action, from referring to and/or offering evidence regarding Mr. Keller and Mr. Keller's Cendant stock options, and Mr. Kinsey's subjective and speculative assertion regarding what he would have done had he known the actual expiration date of his Cendant stock options.

Dated: New York, New York
       October 20, 2008

                          SKADDEN, ARPS, SLATE,
                            MEAGHER & FLOM LLP

                        By: /s/ Samuel Kadet
                            Samuel Kadet (SK-1856)
                            Four Times Square
                            New York, New York 10036-6522
                            (212) 735-3000

                            Attorneys for Defendant FFD
                            Development Company, L.L.C.

TO:    Jeffrey W. Pagano
         Ira M. Saxe
         CROWELL & MORING LLP
         153 East 53rd Street, 31st Floor
         New York, New York 10022
         (212) 223-4000