Samuel Kadet
samuel.kadet@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Attorneys for FFD Development Company, L.L.C.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS KINSEY,

                Plaintiff,

    v.

CENDANT CORPORATION, FAIRFIELD
RESORTS INC., and FFD DEVELOPMENT
COMPANY, L.L.C.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Document Electronically Filed**

Case No. 1:04-cv-00582-RWS

(ECF CASE)

**DECLARATION OF SAMUEL KADET AND EXHIBITS
IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE***

SAMUEL KADET declares, pursuant to 28 U.S.C. § 1746:

    1.    I am a member of the bar of this Court and a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendant FFD Development Company, L.L.C. ("FFD") in this action.

    2.    I submit this Declaration in support of FFD's Motion <u>In Limine</u>, and to place before the Court true and correct copies of the following document:

    EXHIBIT 1    Deposition Transcript of D. Kinsey, dated Nov. 3, 2006

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed October 20, 2008
New York, New York

_____
Samuel Kadet