UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS KINSEY,

           Plaintiff,

   v.

CENDANT CORPORATION, FAIRFIELD
RESORTS INC., and FFD DEVELOPMENT
COMPANY, L.L.C.,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Document Electronically Filed**

Case No. 1:04-cv-00582-RWS

(ECF CASE)

STIPULATION OF DISMISSAL
WITH PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2\26\09

IT IS HEREBY STIPULATED AND AGREED by and between the remaining parties to this action, through their undersigned counsel that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action is hereby dismissed, with prejudice, each party to bear its own costs.

Dated: New York, NY
February 18, 2009

CROWELL & MORING LLP

By: _____
Jeffrey W. Pagano (JP-1408)
Ira M. Saxe (IS-6051)

590 Madison Avenue, 20th Floor
New York, NY 10022-2524
(212) 223-4000

*Attorneys for Plaintiff Douglas Kinsey*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: _____
Samuel Kadet (SK-1856)

Four Times Square
New York, NY 10036
(212) 735-3000

*Attorney for Defendant FFD Development Company, L.L.C.*

SO ORDERED:

_____
U.S.D.J.
2·25·09