**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

DOUGLAS KINSEY,

                  Plaintiff,

        v.

CENDANT CORPORATION, FAIRFIELD
RESORTS INC., and FFD DEVELOPMENT
COMPANY, L.L.C.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Document Electronically Filed**

Case No. 1:04-cv-00582-RWS

(ECF CASE)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3|10|09

IT IS HEREBY STIPULATED AND AGREED by and between the remaining

parties to this action, through their undersigned counsel that, pursuant to Fed. R. Civ. P. 41(a)(1),

the above-captioned action is hereby dismissed, with prejudice, each party to bear its own costs.

Dated: New York, NY
     February 18, 2009

CROWELL & MORING LLP

By: _____

  Jeffrey W. Pagano (JP-1408)
  Ira M. Saxe (IS-6051)

590 Madison Avenue, 20th Floor
New York, NY 10022-2524
(212) 223-4000

*Attorneys for Plaintiff Douglas Kinsey*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: _____

  Samuel Kadet (SK-1856)

Four Times Square
New York, NY 10036
(212) 735-3000

*Attorney for Defendant FFD Development*
*Company, L.L.C.*

So ordered

  Sweet USDJ

  3.4.09